# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 483 MAL 2023
                                  :
                    Respondent    :
                                  :
                                  :     Petition for Allowance of Appeal
                                  :     from the Order of the Superior Court
              v.                  :
                                  :
                                  :
PAUL JACKSON HENRY, III,          :
                                  :
                    Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.